# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LEROY GRANT, Defendant. | 18-PO-5051-GF-JTJ <br> VIOLATIONS: <br> 6026781 <br> 6026782 <br> Location Code: M13 <br> ORDER |

Based upon the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6026781 and 6026782 are DISMISSED.

DATED this __7th__ day of August, 2018.

John Johnston
United States Magistrate Judge